**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**VERLYNIN BUCKLEY**                                                        **PLAINTIFF**

**v.**                                        **Case No. 4:22-cv-00760-BRW**

**CODY DRAKE, Deputy,
Star City Police Department;
KEVIN GOFORTH, Deputy,
Star City Police Department**                                        **DEFENDANTS**

**ORDER**

     Service on defendant Cody Drake was attempted at the address provided by Buckley through Drake's employment at the Star City Police Department. Summons has been returned unexecuted with a note stating the summons was "unclaimed, unable to forward." Doc. No. 11. Buckley must provide a name and address for Deputy Drake within 30 days of this Order or his claims against him may be dismissed. See *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (plaintiff's responsibility to provide proper addresses for defendants).

     IT IS SO ORDERED this 3rd day of November, 2022.


                                                  BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE