# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                                                                          **PLAINTIFF**

**VS.**                                                       **4:22-CV-00760-BRW**

**CODY DRAKE, ET AL.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered yesterday, judgment is entered for Defendants. This case is closed.

IT IS SO ORDERED this 14th day of June, 2023.


                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE